```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jin Kim et al., individually and on behalf of all others similarly situated,

                      Plaintiffs,

-against-

Weld Power Generator, Inc. et al.,

                      Defendants.

1:20-cv-10669 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Court's prior Orders, the parties were to file a proposed case management plan at least one week prior to the Initial Pretrial Conference, which is scheduled for April 20, 2021. (*See* ECF Nos. 14 & 18.) It is hereby Ordered that the parties shall file their proposed case management plan no later than Friday, April 16, 2021 at 5:00 p.m. ET.

**SO ORDERED.**

DATED:      New York, New York
               April 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge