# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022

May 31, 2022                                                                                       Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable Stewart D. Aaron  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Application GRANTED. SO ORDERED.

Dated: June 1, 2022    /s/ Stewart D. Aaron

      RE:     *Kim, et al. v. Weld Power Generator, Inc. et al.*  
                **Civil Action No. 20 Civ. 10669 (SDA)**

Dear Judge Aaron:

      This office represents the Plaintiffs in the above-referenced action. We write, jointly with counsel for Defendants, to respectfully request an extension of the current June 2, 2022 deadline for filing the parties' motion for settlement approval.

      The reason for this request is that, while the parties are close to finalizing their settlement materials, they require additional time to discuss certain proposed language and obtain signatures. The parties expect to have a finalized agreement within a week and can begin obtaining signatures at that time. Accordingly, we respectfully request a two (2)-week extension, to June 16, 2022, to submit the settlement agreement and motion for approval.

      This is the parties' first request for an extension of the deadline to submit their settlement agreement.

      We appreciate Your Honor's attention to this matter.

                                                                Respectfully submitted,

                                                                */s/ Brent E. Pelton*

                                                                Brent E. Pelton, Esq. of  
                                                                PELTON GRAHAM LLC

cc:     Jerrold Foster Goldberg (counsel for all Defendants) (via ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800  
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com  
*ACTIVE 60034955v2*