# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022

June 14, 2022                                                                                                  Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable Stewart D. Aaron                    Application GRANTED. SO ORDERED.
United States Magistrate Judge                Dated: June 15, 2022
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> RE: ***Kim, et al. v. Weld Power Generator, Inc. et al.***
> <u>**Civil Action No. 20 Civ. 10669 (SDA)**</u>

Dear Judge Aaron:

      This office represents the Plaintiffs in the above-referenced action. We write, jointly with counsel for Defendants, to respectfully request an extension of the current June 16, 2022 deadline for filing the parties' motion for settlement approval.

      The reason for this request is that, while the parties are extremely close to finalizing one outstanding issue, they require additional time to discuss the agreement with their respective clients and obtain signatures. Accordingly, we respectfully request a one (1)-week extension, to June 23, 2022, to submit the settlement agreement and motion for approval.

      This is the parties' second request for an extension of the deadline to submit their settlement agreement. The first request was filed on May 31, 2022 (Dkt. No. 48) and granted on June 1, 2022 (Dkt. No. 49).

      We appreciate Your Honor's attention to this matter.

                                                           Respectfully submitted,

                                                          */s/ Brent E. Pelton*

                                                          Brent E. Pelton, Esq. of
                                                          PELTON GRAHAM LLC

cc:     Jerrold Foster Goldberg (counsel for all Defendants) (via ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com
*ACTIVE 60034955v2*