UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jin Kim et al., individually and on behalf of all others similarly situated,

                            Plaintiffs,

-against-

Weld Power Generator, Inc. et al.,

                            Defendants.

1:20-cv-10669 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains claims under the Fair Labor Standards Act. Following three mediation sessions and extensive post-mediation settlement discussions, the parties reached a settlement on all issues. On May 12, 2022, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (Order, ECF No. 46.)

On March 15, 2022, the parties submitted their joint motion for settlement approval, attaching, *inter alia*, a fully executed settlement agreement and explaining why the settlement, including any provision for attorney's fees and costs, is fair, reasonable and adequate under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). (Joint Motion, ECF No. 52.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable, given both the nature and scope of Plaintiffs' individual claims as well as the risks and expenses involved in additional litigation. *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

In addition, Plaintiff seeks approval of $3,666.67 in attorney's fees and costs, which is one-third of the total settlement amount. (*See* Joint Motion at 5; *see also* ECF No. 52-2 (showing

lodestar of $28,739.96).) Courts in this Circuit typically approve attorneys' fees in the amount of one-third of the total recovery. *See, e.g., Ramos v. DNC Food Serv. Corp.*, No. 19-CV-02967 (VSB), 2022 WL 576300, at *2 (S.D.N.Y. Feb. 25, 2022) (citing cases). Accordingly, the Court finds that the requested attorney's fees are fair and reasonable. In reaching this conclusion, the Court makes no findings with respect to the reasonableness of counsel's hourly rates.

For these reasons, the Court approves the settlement. This action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

DATED:   New York, New York
         June 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge